IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE PROTEGEN SLING AND
VESICA SYSTEM
PRODUCTS LIABILITY LITIGATION

Master File No.: 1:01-1387
MDL No.: 1387

Centralized before
The Honorable Benson Everett Legg

THIS DOCUMENT RELATES
TO ALL ACTIONS

## ORDER

On November 15, 2004, the Court held a hearing as a result of the global settlement

reached by a majority of the parties in this multi-district litigation.  For the reasons stated on the

record during the hearing, the Court rules as follows:

(i)     the Court GRANTS the Petition for Attorneys' Fees and Expenses (Docket No.
        295).  Accordingly, the requested fees and expenses (which total the aggregate
        MDL assessment amount of $5,299,479.46) shall be PAID to the Plaintiffs'
        Steering Committee and Petitioning Counsel.  The Court recognizes that the
        Plaintiffs' Steering Committee has agreed to allow Boston Scientific Corporation
        to defer a portion of the final payment of the MDL assessment until June 2005;

(ii)    the Court GRANTS the Motion to Seal the Petition for Attorneys' Fees and
        Expenses (Docket No. 297).  The Petition for Attorneys' Fees and Expenses,
        which was temporarily sealed pending the November 15th hearing, shall BE
        PERMANENTLY SEALED.  Counsel, however, do not object to public
        disclosure of a version of the Petition that simply redacts the total settlement
        amount.  Accordingly, attached as Exhibit 1 to this Order is a redacted version of
        the Petition that shall be filed as part of the public record;

(iii)   the Court GRANTS the Stipulations of Dismissal filed as Docket Numbers:

                239-240
                242-294
                302
                307-331
                334-371
                373-374
                376-378
                380-392

                    394-414
                    416-425
                    428-429
                    432-475
                    477-923
                    928-933
                    935-990
                    992-1026
                    1038-1043;

The Court ORDERS the Clerk to CLOSE the cases that are the subject of the above Stipulations of Dismissal. These cases are DISMISSED WITH PREJUDICE and, because costs are provided for in the Master Settlement Agreement reached by the parties, each dismissal is without costs to either party; and

the Court DENIES AS MOOT the motions filed as Docket Numbers:

                    42
                    72
                    83
                    87-109
                    136-139
                    143
                    149
                    177-183
                    193
                    207
                    209
                    212-215
                    934.

IT IS SO ORDERED this _16TH_ day of November, 2004.

_Benson Everett Legg_
Benson Everett Legg
Chief Judge

2